UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY EUGENE JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>HENRY C. AGUWA, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01207-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 22) |

Plaintiff Tracy Eugene Jones is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to strike the affirmative defenses raised in Defendants' answer, filed January 20, 2022.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file a reply to an answer, and the Court did not order that a reply be filed. Fed.R.Civ.P. 7(a)(7). Therefore, the reply to the answer filed by Plaintiff on January 20, 2022, is stricken from the record.

IT IS SO ORDERED.

Dated:   **January 21, 2022**

UNITED STATES MAGISTRATE JUDGE

1