# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY EUGENE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY C. AGUWA, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01207-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 44) |

Tracy Eugene Jones (Plaintiff), a former state prisoner, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a dispositive motion, filed November 14, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to December 12, 2022.

IT IS SO ORDERED.

Dated:   **November 14, 2022**

UNITED STATES MAGISTRATE JUDGE

1